Sarah L. Reid
Alison L. MacGregor
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800

*Attorneys for Defendant HSBC Bank USA,
National Association*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANUFACTURERS AND TRADERS
TRUST COMPANY, as Successor Indenture
Trustee for the 7.75% Contingent Convertible
Notes Due 2015 issued by Calpine
Corporation,

    Plaintiff,

-against-

HSBC Bank USA, National Association, as
Successor Indenture Trustee for the 7.625%
Senior Notes Due 2006, the 8.75% Senior
Notes Due 2007, the 8.75% Senior Notes Due
2008, and the 7.75% Senior Notes Due 2009
issued by Calpine Corporation,

    – and –

U.S. BANK NATIONAL ASSOCIATION,
as Indenture Trustee for the 10.50% Senior
Notes Due 2006 issued by Calpine
Corporation,

    Defendants.

---

JUDGE MARRERO

ECF Case
CASE NO. 08 CV 3093 (__)

HSBC BANK USA, NATIONAL
ASSOCIATION'S RULE 7.1 STATEMENT



MAR 26 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned

NY01/MACGA/1275456.1

counsel for HSBC Bank USA, N.A. (a private non-governmental party) certifies that HSBC Bank USA, N.A., is wholly owned by HSBC Holdings PLC, a publicly-owned company.

Dated: New York, New York
       March 26, 2008

                                          KELLEY DRYE & WARREN LLP

                                          By: _____/s/ Sarah Reid_____
                                                Sarah L. Reid
                                                Alison L. MacGregor
                                                101 Park Avenue
                                                New York, New York 10178
                                                Telephone: (212) 808-7800
                                                Facsimile: (212) 808-7897

                                                **Attorneys for Defendant**
                                                **HSBC Bank USA, National Association**