SHIPMAN & GOODWIN LLP
Marie C. Pollio (mp2664)
One Constitution Plaza
Hartford, CT  06103-1919
Telephone:  860-251-5561
Facsimile:  860-251-5212
Email:  bankruptcy@goodwin.com

*Counsel for U.S. Bank National Association and U.S. Bank Trust National Association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **CALPINE CORPORATION, et al.** | **CASE NO. 05-60200-brl** |
| | **JOINTLY ADMINISTERED** |
| **DEBTORS.** | |

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY**
**AND REQUEST FOR NOTICES AND SERVICE OF PAPERS**

Please take notice that U.S. Bank National Association and U.S. Bank Trust National

Association, creditors of the above-named debtors and parties in interest in the captioned

Chapter 11 case, hereby appear in the captioned Chapter 11 case, in addition to any other

appearances on record, by its counsel, indicated below.  The undersigned requests that an entry

be made on the clerk's matrix in this case and requests that all notices given or required to be

given in connection with the Chapter 11 case, and all papers served or required to be served in

connection with the captioned Chapter 11 case, be given and served upon the undersigned at

the address set forth below:

Marie C. Pollio
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5561
Facsimile: (860) 251-5212
Email:  bankruptcy@goodwin.com


**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the within Chapter 11 case, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States mail, email, expedited delivery service, telephone, telex, telecopy or otherwise.  Dated at Hartford, Connecticut this 27th day of December, 2005.


By /s/ Marie C. Pollio
    Marie C. Pollio
    mp2664
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT 06103-1919
    bankruptcy@goodwin.com

422487 v.01 S1