SHIPMAN & GOODWIN LLP
Marie C. Pollio (MP-2664)
One Constitution Plaza
Hartford, Connecticut 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5214

Brian Damiano
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
Facsimile: (212) 202-4717

ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE 10.50% SENIOR NOTES DUE 2006

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY, as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation,<br><br>Plaintiff,<br><br>-against-<br><br>HSBC Bank USA, National Association, as Successor Indenture Trustee for the 7.625% Senior Notes Due 2006, the 8.75% Senior Notes Due 2007, the 8.75% Senior Notes Due 2008, and the 7.75% Senior Notes Due 2009 issued by Calpine Corporation,<br><br>- and –<br><br>U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee for the 10.50% Senior Notes Due 2006 issued by Calpine Corporation,<br><br>Defendants. | ECF Case<br>CASE NO. 08-CV-03093 (vm)<br><br>**RULE 7.1 STATEMENT** |

## Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for U.S. Bank National Association (a private non-governmental party) certifies that U.S. Bank National Association, is wholly owned by U.S. Bancorp, a publicly-owned company.

Dated: March 28, 2008
      Hartford, Connecticut

          Respectfully submitted,

          SHIPMAN & GOODWIN LLP

          By:  /s/Marie C. Pollio
               Marie C. Pollio (MP 2664)
               One Constitution Plaza
               Hartford, Connecticut 06103
               Telephone: (860) 251-5000
               Facsimile: (860) 251-5214

          and

          Brian Damiano
          DUANE MORRIS LLP
          1540 Broadway
          New York, New York 10036
          Telephone: (212) 692-1000
          Facsimile: (212) 202-4717

          Attorneys for Defendant
          U.S. Bank National Association, Indenture
          Trustee for the 10 ½% Senior Notes Due 2006

502580 v.01

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY, as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation,<br><br>    Plaintiff,<br><br>    -against-<br><br>HSBC Bank USA, National Association, as Successor Indenture Trustee for the 7.625% Senior Notes Due 2006, the 8.75% Senior Notes Due 2007, the 8.75% Senior Notes Due 2008, and the 7.75% Senior Notes Due 2009 issued by Calpine Corporation,<br><br>    - and –<br><br>U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee for the 10.50% Senior Notes Due 2006 issued by Calpine Corporation,<br><br>    Defendants. | ECF Case<br>CASE NO. 08-CV-03093 (VM)<br><br>**CERTIFICATE OF SERVICE** |

     I hereby certify that on March 28, 2008, a copy of the foregoing 7.1 Statement as Counsel on Behalf of Defendant U.S. Bank National Association, as Indenture Trustee for the 10.50% Senior Notes Due 2006 was filed electronically and served by mail on

1

anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

Dated March 28, 2008                SHIPMAN & GOODWIN LLP

                                      By: /s/ Marie C. Pollio
Marie C. Pollio (MP 2664)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5561
Its Attorneys

*Counsel for Defendant U.S. BANK NATIONAL ASSOCIATION*