UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY, as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation,<br><br>*Plaintiff,*<br><br>–against–<br><br>HSBC BANK USA, National Association, as Successor Indenture Trustee for the 7.625% Senior Notes Due 2006, the 8.75% Senior Notes Due 2007, the 8.75% Senior Notes Due 2008, and the 7.75% Senior Notes Due 2009 issued by Calpine Corporation,<br><br>−and−<br><br>U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee for the 10.50% Senior Notes Due 2006 issued by Calpine Corporation,<br><br>*Defendants.* | 08-CV-03093 (VM)<br><br>ECF Case |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1
DISCLOSURE STATEMENT FOR PLAINTIFF
MANUFACTURERS AND TRADERS TRUST COMPANY**

Plaintiff Manufacturers and Traders Trust Company is a subsidiary of M&T Bank Corporation, which owns 100% of its stock. Upon information and belief, Allied Irish Bank, p.l.c., holds currently more than 10% of the issued and outstanding shares of M & T Bank Corporation.

Dated: April 1, 2008
      New York, New York

                                             Respectfully submitted,

                                             *S. Robert Schrager*
                                             S. Robert Schrager (RS 0952)
                                             **HODGSON RUSS LLP**
                                             60 East 42nd Street, 37th Floor
                                             New York, New York 10165
                                             Telephone: (212) 661-3535
                                             rschrager@hodgsonruss.com

                                                        and

Rolin P. Bissell
Norman M. Powell
Ian S. Fredericks
**YOUNG CONAWAY STARGATT**
        **& TAYLOR, LLP**
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600

*Attorneys for Plaintiff Manufacturers and Traders Trust Company, as Successor Indenture Trustee for the 7.75% Convertible Notes due 2015 issued by Calpine Corporation*

000160/01004 NYCDOCS2 450426v1