*Marrero, J.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY, as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation,<br><br>Plaintiff,<br><br>-against-<br><br>HSBC Bank USA, National Association, as Successor Indenture Trustee for the 7.625% Senior Notes Due 2006, the 8.75% Senior Notes Due 2007, the 8.75% Senior Notes Due 2008, and the 7.75% Senior Notes Due 2009 issued by Calpine Corporation,<br><br>- and –<br><br>U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee for the 10.50% Senior Notes Due 2006 issued by Calpine Corporation,<br><br>Defendants. | ECF Case<br>CASE NO. 08-CV-03093 (VM)<br><br>**STIPULATION AND AGREED ORDER** |

### STIPULATION AND AGREED ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, that the time for Defendant HSBA Bank USA, National Association ("HSBC") and Defendant U.S. Bank National Association ("U.S. Bank") to answer, move or otherwise respond to the Complaint is extended to and including April 14, 2008.

1

IT IS FURTHER STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, that service of process of the Summons and Complaint on Defendants HSBC and U.S. Bank was proper and was made on March 11, 2008.

Dated: April 1, 2008
      New York, New York

                Respectfully submitted,

                HODGSON RUSS LLP

                By: _____
                S. Robert Schrager
                60 East 42nd Street, 37th Floor
                New York, New York 10165
                Telephone: (212) 661-3535
                *Attorneys for Plaintiff Manufacturers*
                *and Traders Trust Company*

                KELLEY DRYE & WARREN LLP

                By: _____
                Sarah L. Reid
                Alison L. MacGregor
                101 Park Avenue
                New York, New York 10178
                (212) 808-7800
                *Attorneys for Defendant HSBC Bank USA,*
                *National Association*

SHIPMAN & GOODWIN LLP

By: *Marie C. Pollio* (signature)
Marie C. Pollio
One Constitution Plaza
Hartford, Connecticut 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5214

Brian Damiano
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
Facsimile: (212) 202-4717

*Attorneys for Defendant U.S. Bank National Association*

So Ordered this 2nd day of April, 2008

_____
United States District Judge
**Victor Marrero**

503309

3