SHIPMAN & GOODWIN LLP
Marie C. Pollio (MP-2664)
One Constitution Plaza
Hartford, Connecticut 06103
Telephone: (860) 251-5561
Facsimile: (860) 251-5212
bankruptcy@goodwin.com

ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE 10.50% SENIOR NOTES DUE 2006

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY, as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation,<br><br>Plaintiff,<br><br>-against-<br><br>HSBC Bank USA, National Association, as Successor Indenture Trustee for the 7.625% Senior Notes Due 2006, the 8.75% Senior Notes Due 2007, the 8.75% Senior Notes Due 2008, and the 7.75% Senior Notes Due 2009 issued by Calpine Corporation,<br><br>- and –<br><br>U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee for the 10.50% Senior Notes Due 2006 issued by Calpine Corporation,<br><br>Defendants. | ECF Case<br>CASE NO. 08-CV-03093 (VM)<br><br>NOTICE OF APPEARANCE AS COUNSEL FOR U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE 10.50% SENIOR NOTES DUE 2006 |

PLEASE TAKE NOTICE that, effective immediately, the law firm of Shipman & Goodwin LLP and Marie C. Pollio, an associate at the firm, admitted to practice in this

District and a member in good standing of this Court, will be representing and appearing on behalf of Defendant U.S. Bank National Association, as Indenture Trustee for the 10.50% Senior Notes Due 2006. Service of all pleadings, papers, and documents required to be served in this action should also be served on Defendant through counsel as follows:

> Marie C. Pollio, Esq.
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT 06103-1919
> Telephone: (860) 251-5561
> Facsimile: (860) 251-5212
> bankruptcy@goodwin.com

Dated: March 28, 2008

Respectfully submitted,

SHIPMAN & GOODWIN LLP

By: /s/ Marie C. Pollio
Marie C. Pollio (MP 2664)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5561
Its Attorneys

*Counsel for Defendant U.S. BANK NATIONAL ASSOCIATION*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY, as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation,<br><br>   Plaintiff,<br><br>   -against-<br><br>HSBC Bank USA, National Association, as Successor Indenture Trustee for the 7.625% Senior Notes Due 2006, the 8.75% Senior Notes Due 2007, the 8.75% Senior Notes Due 2008, and the 7.75% Senior Notes Due 2009 issued by Calpine Corporation,<br><br>   - and –<br><br>U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee for the 10.50% Senior Notes Due 2006 issued by Calpine Corporation,<br><br>   Defendants. | **ECF Case**<br>**CASE NO. 08-CV-03093 (VM)**<br><br>**CERTIFICATE OF SERVICE** |

   I hereby certify that on March 28, 2008, a copy of the foregoing Notice of Appearance as Counsel on Behalf of Defendant U.S. Bank National Association, as Indenture Trustee for the 10.50% Senior Notes Due 2006 was filed electronically and served by mail on

anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

|  |  |
|---|---|
| Dated March 28, 2008 | SHIPMAN & GOODWIN LLP |
|  | By: /s/ Marie C. Pollio<br>Marie C. Pollio (MP 2664)<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>(860) 251-5561<br>Its Attorneys |
|  | *Counsel for Defendant U.S. BANK NATIONAL ASSOCIATION* |

502858 v.01 S1