S. Robert Schrager
**HODGSON RUSS LLP**
60 East 42nd Street, 37th Floor
New York, New York 10165
Telephone: (212) 661-3535
rschrager@hodgsonruss.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MANUFACTURERS AND TRADERS TRUST COMPANY, as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation,** | 08-CV-03093 (VM) |
| *Plaintiff,* | ECF Case |
| –against– | NOTICE OF MOTION FOR REMAND TO SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK |
| **HSBC BANK USA, National Association, as Successor Indenture Trustee for the 7.625% Senior Notes Due 2006, the 8.75% Senior Notes Due 2007, the 8.75% Senior Notes Due 2008, and the 7.75% Senior Notes Due 2009 issued by Calpine Corporation**, | |
| –and– | |
| **U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee for the 10.50% Senior Notes Due 2006 issued by Calpine Corporation,** | |
| *Defendants.* | |

PLEASE TAKE NOTICE that, upon the accompanying Affidavit of S. Robert Schrager, Plaintiff will move this Court before the Honorable Victor Marrero at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, at such time as the Court may direct, for an order pursuant to 28 U.S.C. § 1447(c) remanding this action to the Supreme Court of the State of New York, County of New York on the ground that such action was improperly removed to this Court, and granting such other and

1

further relief, including costs and actual expenses including attorneys fees, as this Court may deem just and proper.

Dated: April 24, 2008
        New York, New York

                                                s/ *S. Robert Schrager*
S. Robert Schrager
**HODGSON RUSS LLP**
60 East 42nd Street, 37th Floor
New York, New York 10165
Telephone: (212) 661-3535
rschrager@hodgsonruss.com

and

Rolin P. Bissell
Norman M. Powell
Ian S. Fredericks
**YOUNG CONAWAY STARGATT
& TAYLOR, LLP**
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600

*Attorneys for Plaintiff Manufacturers and Traders Trust Company, as Successor Indenture Trustee for the 7.75% Convertible Notes due 2015 issued by Calpine Corporation*

To:

Sarah L. Reid
Alison L. MacGregor
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York 10178
(212) 808-7800

*Attorneys for Defendant HSBC Bank USA, National Association*

2

Marie C. Pollio
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, Connecticut 06103
Telephone: (860) 251-5000

Brian Damiano
**DUANE MORRIS LLP**
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000

*Attorneys for Defendant U.S. Bank National Association*