UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANUFACTURERS AND TRADERS TRUST COMPANY, as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation,

    Plaintiff,

-against-

HSBC Bank USA, National Association, as Successor Indenture Trustee for the 7.625% Senior Notes Due 2006, the 8.75% Senior Notes Due 2007, the 7.875% Senior Notes Due 2008, and the 7.75% Senior Notes Due 2009 issued by Calpine Corporation,

- and –

U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee for the 10.50% Senior Notes Due 2006 issued by Calpine Corporation,

    Defendants.

ECF Case
Case No. 08-CV-3093 (VM)

**AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL**

---

STATE OF NEW YORK    )
                             : SS.:
COUNTY OF NEW YORK  )

    David H. Caldwell, being duly sworn, deposes and states:

1.    I am not a party to this action, and I am over 18 years of age.

2.    On 12th day of May, 2008, I served the DEFENDANTS' JOINT MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND and DECLARATION OF SANDRA E. HORWITZ IN OPPOSITION TO PLAINTIFF"S MOTION TO REMAND upon the following attorney at the address designated by them for service of papers:

Rolin P. Bissell, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

by depositing true copy of said document enclosed in a prepaid, sealed wrapper, in an official depository under the exclusive care and custody of the United States Post Office, within the State of New York.

_____
David H. Caldwell

Sworn to before me this
12th day of May, 2008.

_____
Notary Public

PETER A. BOIKO
Notary Public, State of New York
No. 01BO6132533
Qualified in New York County
Commission Expires August 29, 2009