SHIPMAN & GOODWIN LLP
Kathleen M. LaManna (KG 16740)
One Constitution Plaza
Hartford, Connecticut 06103
Telephone: (860) 251-5603
Facsimile: (860) 251-5812
bankruptcy@goodwin.com

ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE 10.50% SENIOR NOTES DUE 2006

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY, as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation,<br><br>      Plaintiff,<br><br>      -against-<br><br>HSBC Bank USA, National Association, as Successor Indenture Trustee for the 7.625% Senior Notes Due 2006, the 8.75% Senior Notes Due 2007, the 8.75% Senior Notes Due 2008, and the 7.75% Senior Notes Due 2009 issued by Calpine Corporation,<br><br>      - and –<br><br>U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee for the 10.50% Senior Notes Due 2006 issued by Calpine Corporation,<br><br>      Defendants. | ECF Case<br>CASE NO. 08-CV-03093 (VM)<br><br>**NOTICE OF APPEARANCE AS COUNSEL FOR U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE 10.50% SENIOR NOTES DUE 2006** |

      PLEASE TAKE NOTICE that, effective immediately, the law firm of Shipman & Goodwin LLP and Kathleen M. LaManna, a partner at the firm, admitted to practice in this

District and a member in good standing of this Court, will be representing and appearing on behalf of Defendant U.S. Bank National Association, as Indenture Trustee for the 10.50% Senior Notes Due 2006. Service of all pleadings, papers, and documents required to be served in this action should also be served on Defendant through counsel as follows:

> Kathleen M. LaManna, Esq.
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT 06103-1919
> Telephone: (860) 251-5603
> Facsimile: (860) 251-5812
> bankruptcy@goodwin.com

Dated: Hartford, Connecticut
       May 12, 2008

Respectfully submitted,

SHIPMAN & GOODWIN LLP

By: /s/ Kathleen M. LaManna
Kathleen M. LaManna (KG 16740)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5603

*Attorneys for Defendant*
*U.S. BANK NATIONAL ASSOCIATION*