Kathleen M. LaManna  
Marie C. Pollio  
SHIPMAN & GOODWIN LLP  
One Constitution Plaza  
Hartford, Connecticut 06103  
(860) 251-5000  

Brian Damiano  
DUANE MORRIS LLP  
1540 Broadway  
New York, New York 10036  
(212) 202-5000  

*Attorneys for Defendant U.S. Bank National Association,*  
*as Successor Indenture Trustee*

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

---

MANUFACTURERS AND TRADERS TRUST COMPANY, as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation,

    Plaintiff,

-against-

HSBC Bank USA, National Association, as Successor Indenture Trustee for the 7.625% Senior Notes Due 2006, the 8.75% Senior Notes Due 2007, the 8.75% Senior Notes Due 2008, and the 7.75% Senior Notes Due 2009 issued by Calpine Corporation,

    - and –

U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee for the 10.50% Senior Notes Due 2006 issued by Calpine Corporation,

    Defendants.

---

ECF Case  
Case No. 08-CV-3093 (VM) (GWG)

**AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL**

STATE OF CONNECTICUT  )  
                                   : SS: Hartford  
COUNTY OF HARTFORD    )

    Tammy A. Brayton, being duly sworn, deposes and states:

1.    I am not a party to this action, and I am over 18 years of age.

2. On 13th day of May, 2008, I served the DECLARATION OF STEPHEN RIVERO upon the following attorney at the address designated by him for service of papers:

>Rolin P. Bissell, Esq.
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391

by depositing true copy of said document enclosed in a prepaid, sealed wrapper, in an official depository under the exclusive care and custody of the United States Post Office, within the State of Connecticut.

_____
Tammy A. Brayton

Sworn to before me this
13th day of May, 2008

_____
Notary Public

**SUSAN E. O'BRIEN**
**NOTARY PUBLIC**
MY COMMISSION EXPIRES FEB. 28, 2013

507470 v.01 S1

- 2 -