## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY, as Successor Indenture Trustee for that 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation, <br><br> Plaintiff, <br><br> -against- <br><br> HSBC BANK USA, NATIONAL ASSOCIATION, as Successor Indenture Trustee for the 7.625% Senior Notes Due 2006, the 8.75% Senior Notes Due 2007, the 8.75% Senior Notes Due 2008, and the 7.75% Senior Notes Due 2009 issued by Calpine Corporation, <br><br> -and- <br><br> U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee for the 10.50% Senior Notes Due 2006 issued by Calpine Corporation, <br><br> Defendants. | Case No.: 08 Civ. 3093 (VM) <br><br> Notice Of Appearance |

    I, Suzan Jo, hereby enter my appearance on behalf of Defendant U.S. Bank National Association in the above-captioned matter. I certify that I am admitted to practice in this Court.

                                                  Respectfully submitted,

                                                  **DUANE MORRIS LLP**

Dated: July 24, 2008          By:  /s/ Suzan Jo
                                                    Suzan Jo (SJ1974)
                                                    1540 Broadway
                                                    New York, New York 10036
                                                    Telephone: (212) 692-1000
                                                    Facsimile: (212) 692-1020
                                                    Email: sjo@duanemorris.com
                                                    *Attorneys for Defendant U.S. Bank National Association*

DM1\1368711.1